THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN AQUINO v. ROBERT BARR, Warden of Tombs Prison, New York City.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

RHODA TANNER DOUBLEDAY v. MAX C. FLEISCHMANN. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of Proving the Last Will and Testament of FRANK O. BURRIDGE, Deceased, as a Will of Real and Personal Property. In the Matter of HARRY CHAIN BASSLER, as Ancillary Administrator c. t. a. of the Will of ANNA B. BURRIDGE, Also Known as ANNA S. BURRIDGE, Deceased, Contestant, against HERBERT C. SMYTH.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY GERALD and Others v. JOHN BOCKEL, Warden of the Tombs Prison, New York. (Writ No. 1.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MIKE VLAVLINO and Others v. JOHN BOCKEL, Warden of the Tombs Prison, New York. (Writ No. 2.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR GRUSHAY and Others v. JOHN BOCKEL, Warden of the Tombs Prison, New York. (Writ No. 3.) — Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of JOHN E. DORSA for an Order of Mandamus against RUSSELL FORBES, as Commissioner of Purchase of the City of New York. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

McMILLAN REALTY & CONSTRUCTION Co., INC., v. D. A. SCHULTE, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EUCLID HOLDING COMPANY v. DAVID A. SCHULTE, DASCO REALTY CORPORATION, D. A. SCHULTE, INC., and LICHTENSTEIN APPAREL SHOP, INC., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

WILLIAM J. LOHN v. AUTOMATIC MOTOR CONTROL CORPORATION and Others.— Motion for a reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted upon defendant, The Public National Bank and Trust Company of New York, filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.